9199. MATTHEWS v. CITY OF THOMASTON.

BROYLES, P. J. 1. The petition for certiorari not affirmatively showing that the petitioner had given such a bond as is required by the statute (Acts 1902, p. 105, Park's Ann. Code, § 5191 (a)), the court did not err in refusing to sanction the petition. *Toliver* v. *Wrightsville,* 17 *Ga. App.* 345 (86 S. E. 823); *Hubert* v. *Thomasville,* 18 *Ga. App.* 756 (90 S. E. 720); *Gillespie* v. *Macon,* 19 *Ga. App.* 1 (90 S. E. 970).

2. It is immaterial that the judge of the superior court based his refusal to sanction the petition for certiorari upon other grounds than the one referred to in the preceding note. He reached the correct result, and his judgment is therefore affirmed. *Memmler* v. *State,* 75 *Ga.* 576 (1a); *Kendricks* v. *Millen,* 16 *Ga. App.* 273 (3) (85 S. E. 264); *Flynn* v. *East Point,* 18 *Ga. App.* 729 (90 S. E. 372).

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED DECEMBER 19, 1917.

Certiorari; from Upson superior court—Judge Searcy. September 14, 1917.

*J. R. Davis,* for plaintiff in error. *Claude Worrill,* contra.

---

9217. DAVENPORT v. MAYOR AND COUNCIL OF BRUNSWICK.

BROYLES, P. J. This case is controlled by the ruling in *Matthews* v. *City of Thomaston,* ante, 496.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED DECEMBER 19, 1917.

Certiorari; from Glynn superior court—Judge Highsmith. September 20, 1917.

*Frank H. Harris,* for plaintiff in error.

*J. T. Colson,* contra.

---

9215. JOSEPH v. THE STATE.

BLOODWORTH, J. No error is pointed out in any of the grounds of the motion for new trial which would warrant this court in setting aside the verdict, which is amply supported by the evidence and approved by the presiding judge.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED DECEMBER 19, 1917.

Accusation of sale of liquor; from city court of Brunswick—Judge Krauss. September 8, 1917.

*Frank H. Harris,* for plaintiff in error.

*A. H. Crovatt,* solicitor, *A. D. Gale,* contra.